# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Gould, Ronald M. | 2. Court or Organization<br><br>U.S. Ct. of Appeals, 9th Cir. | 3. Date of Report<br><br>05/11/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| 7. Chambers or Office Address<br><br>William K. Nakamura U.S. Courthouse<br>1010 Fifth Avenue, Suite 940<br>Seattle, Washington 98104-1130 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Advisory Board | Chief Seattle Council, Boy Scouts of America |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M. | 05/11/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gould, Ronald M.** | 05/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. (H) Charles Schwab Brokerage Account | | | | | | | | | |
| 2. Schwab Cash & Money Market | A | Interest | K | T | | | | | |
| 3. Vanguard Long-Term Bond Index Fund | E | Int./Div. | N | T | | | | | |
| 4. Vanguard Intermediate Term Bond Index Fund | D | Int./Div. | N | T | | | | | |
| 5. Vanguard GNMA Fund | A | Int./Div. | K | T | | | | | |
| 6. Pimco International Bond Fund | A | Int./Div. | J | T | | | | | |
| 7. Schwab Treasury | A | Int./Div. | J | T | | | | | |
| 8. Schwab US Aggregate Bond Fund | A | Int./Div. | K | T | | | | | |
| 9. Schwab Fundamental Intl Small Mid Index | | None | | | Sold | 03/23/20 | J | | |
| 10. Schwab S&P 500 Index Fund | D | Int./Div. | N | T | | | | | |
| 11. Schwab Small Cap Index Fund | B | Int./Div. | K | T | Sold (part) | 03/13/20 | K | B | |
| 12. Schwab Total Stock Mkt Index | E | Int./Div. | M | T | Sold (part) | 03/13/20 | K | E | |
| 13. Schwab 1000 Index Fund | D | Int./Div. | M | T | | | | | |
| 14. Johnson Controls (X) | D | Int./Div. | N | T | Sold (part) | 09/21/20 | K | C | |
| 15. Wells Fargo Bank Account | A | Interest | K | T | | | | | |
| 16. (H) Vanguard/IRA Account for Ronald M. Gould | | | | | | | | | |
| 17. Vanguard Prime Money Market Fund | A | Interest | M | T | Sold (part) | 01/02/20 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B (1) | B (2) | C (1) | C (2) | D (1) | D (2) | D (3) | D (4) | D (5) |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | Amount Code 1 (A-H) | Type (e g , div , rent, or int ) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e g , buy, sell, redemption) | Date mm/dd/yy | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| 18. Vanguard Prime Money Market Fund | A | Interest | M | T | Sold (part) | 03/12/20 | K | | |
| 19. Vanguard Prime Money Market Fund | A | Interest | M | T | Buy (add'l) | 03/13/20 | K | | |
| 20. Vanguard Prime Money Market Fund | A | Interest | M | T | Buy (add'l) | 03/23/20 | L | | |
| 21. Vanguard Prime Money Market Fund | A | Interest | M | T | Buy (add'l) | 03/24/20 | K | | |
| 22. Vanguard Cash Reserves Fedl Money Market Fund | A | Interest | M | T | Buy (add'l) | 12/30/20 | L | | |
| 23. Vanguard Primecap Fund Admiral Shares | G | Dividend | P1 | T | Sold (part) | 03/23/20 | N | | |
| 24. Vanguard Primecap Fund Admiral Shares | G | Dividend | P1 | T | Sold (part) | 03/24/20 | M | | |
| 25. Vanguard Primecap Fund Admiral Shares | G | Dividend | P1 | T | Sold (part) | 12/30/20 | L | | |
| 26. Vanguard Short-Term Bond Index Fund Admiral Shares | A | Dividend | M | T | | | | | |
| 27. Vanguard Short-Term Investment-Grade Fund Admiral Shares | A | Dividend | M | T | | | | | |
| 28. Vanguard Capital Opportunity Fund Admiral Shares | F | Dividend | O | T | Sold (part) | 03/23/20 | N | | |
| 29. Vanguard Capital Opportunity Fund Admiral Shares | F | Dividend | O | T | Sold (part) | 12/30/20 | K | | |
| 30. Vanguard High-Yield Corporate Fund Admiral Shares | D | Dividend | L | T | Sold (part) | 03/24/20 | N | | |
| 31. GNMA Fund Admiral Shares | A | Dividend | M | T | | | | | |
| 32. Intermediate-Term Invest-Gr Admiral Shares | A | Dividend | M | T | | | | | |
| 33. Long-Term Invest-Gr Admiral Shares | D | Dividend | O | T | | | | | |
| 34. Developed Markets Index Fund Admiral Shares | | None | | | Sold | 03/13/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gould, Ronald M.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Emerging Markets Stock Index Fund Admiral Shares | | None | | | Sold | 03/13/20 | L | | |
| 36. International Growth Fund Admiral Shares | | None | | | Sold | 03/13/20 | L | | |
| 37. Health Care Fund Admiral Shares | D | Dividend | L | T | | | | | |
| 38. High Dividend Yield Index Admiral Shares | A | Dividend | J | T | Sold<br>(part) | 03/24/20 | K | | |
| 39. Intermediate Term Treasury Admiral Shares | E | Dividend | N | T | Buy<br>(add'l) | 03/13/20 | L | | |
| 40. Intermediate Term Treasury Admiral Shares | E | Dividend | N | T | Buy<br>(add'l) | 03/23/20 | M | | |
| 41. Intermediate Term Treasury Admiral Shares | E | Dividend | N | T | Buy<br>(add'l) | 03/24/20 | M | | |
| 42. Long-Term Treasury Admiral Shares | F | Dividend | O | T | Buy<br>(add'l) | 03/13/20 | L | | |
| 43. Long-Term Treasury Admiral Shares | F | Dividend | O | T | Buy<br>(add'l) | 03/23/20 | M | | |
| 44. Long-Term Treasury Admiral Shares | F | Dividend | O | T | Buy<br>(add'l) | 03/24/20 | M | | |
| 45. Short-Term Treasury Admiral Shares | D | Dividend | N | T | Buy<br>(add'l) | 03/13/20 | L | | |
| 46. Short-Term Treasury Admiral Shares | D | Dividend | N | T | Buy<br>(add'l) | 03/23/20 | M | | |
| 47. Short-Term Treasury Admiral Shares | D | Dividend | N | T | Buy<br>(add'l) | 03/24/20 | M | | |
| 48. (H) Charles Schwab Brokerage Account 2 | | | | | | | | | |
| 49. Schwab Cash and Money Market 2 | A | Interest | J | T | | | | | |
| 50. Schwab S&P 500 Index Fund 2 | | None | | | Merged<br>(with line 10) | 06/01/20 | M | | |
| 51. Schwab Small Cap Index Fund 2 | | None | | | Merged<br>(with line 11) | 06/01/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gould, Ronald M.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Schwab Total Stock Mkt Index 2 | | None | | | Merged<br>(with line 12) | 06/01/20 | M | | |
| 53. Vanguard Intermediate Term Bond Index Fund Admiral Shares 2 | B | Int./Div. | | | Merged<br>(with line 4) | 06/01/20 | M | | |
| 54. Vanguard Long Term Bond Fund Admiral Shares 2 | C | Int./Div. | | | Merged<br>(with line 3) | 06/01/20 | M | | |
| 55. Johnson Controls (Y) | | | | | | | | | |
| 56. (H) Investments in Startups Through Partnerships | | | | | | | | | |
| 57. Blueberry Medical (X) | | None | J | U | Buy | 04/20/20 | J | | |
| 58. Tajir (X) | | None | J | U | Buy | 05/13/20 | J | | |
| 59. CargoX (X) | | None | J | U | Buy | 12/18/20 | J | | |
| 60. CargoX (X) | | None | J | U | Buy<br>(add'l) | 12/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gould, Ronald M.** | 05/11/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Please note that the entries on Part VII, lines 1, 16, 48 and 56 are for names of accounts, in the nature of a heading for the assets that follow that are within this account. These lines 1, 16, 48 and 56 are not designating assets. Each asset in the account designated in lines 1, 16, 48 and 56 is listed separately in Part VII.

Vanguard Prime Money Market Fund in Part VII had a name change on 8/31/20 to Vanguard Cash Reserves Federal Money Market Fund. That fund appears at line 22.

In Part VII, line 38, Vanguard High Dividend Yield Index Investor Shares became Admiral Shares during 2020.

In Part VII, line 48, relating to the header Charles Schwab Brokerage Account 2, all of the assets on lines 49 through 55 show income to the date of merger, but value at end of year shows blank because those assets did not exist at the end of year after they were merged into Charles Schwab Brokerage Account at line 1.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Ronald M. Gould**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544